

December 21, 2022

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:  *Alvarez v. Antojitos Food Supply Co.*
            U.S.D.C., S.D.N.Y. 22-CV-02815 (PGG)

Dear Judge Gardephe:

    We represent Plaintiffs in the above referenced matter. We write to respectfully request that Your Honor permit the undersigned to appear via telephone at the Order to Show Cause hearing scheduled for 11:30 AM ET. The reason for my request is that this was erroneously calendared as a telephone hearing and the undersigned, who is the lead attorney, is not currently in the Country.

    We thank the Court for its attention to this matter.

**MEMO ENDORSED:** The hearing will proceed as scheduled by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Respectfully Submitted,

/s/ Lina Stillman
Lina Stillman

SO ORDERED.

*[signature]*
_____
Paul G. Gardephe
United States District Judge
Date: December 22, 2022

*Certified as a minority-owned business in the State of New York*