UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANNET VILLAR ALVAREZ, *individually and on behalf of others similarly situated,*

        Plaintiff,

        v.

ANTOJITOS FOOD SUPPLY COMPANY (DBA ANTOJITOS FOOD SUPPLY) YUDELCA BATISTA and JOEL DIAZ

        Defendants.

**ORDER**

22 Civ. 2815 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS Plaintiff commenced this action on April 5, 2022 by filing the Complaint (Dkt. No. 1);

        WHEREAS Plaintiff served Defendant Antojitos Food Supply Company ("Antojitos") on May 3, 2022 (Dkt. No. 10), and Defendants Yudelca Batista and Joel Diaz on May 12, 2022 (Dkt. Nos. 12-13);

        WHEREAS no Defendant has filed an answer, responded to the Complaint, or appeared in this action;

        WHEREAS Plaintiff moved by order to show cause for a default judgment, (Dkt. No. 34);

        WHEREAS this Court ordered Defendants to show cause on December 13, 2022 why a default judgment should not be entered against them (Dkt. No. 34);

        WHEREAS Plaintiff served the Order to Show Cause on the Defendants on December 14, 2022 (Dkt. No. 46);

WHEREAS Defendants filed no opposition to Plaintiff's motion for a default judgment and did not appear at the December 22, 2022 hearing;

IT IS HEREBY ORDERED that an order of default is entered against all Defendants.

IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Wang for a report and recommendation regarding Plaintiff's request for damages, attorneys' fees, and costs. The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
       December 22, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge